1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7           FOR THE EASTERN DISTRICT OF CALIFORNIA
8
9  **DARNELL T. HINES,**                    **1:13-CV-0357 AWI JLT**

10              **Plaintiff,**

11       **vs.**                            **ORDER VACATING HEARING DATE**
                                            **OF JULY 1, 2013, AND TAKING**
12 **ASHRAFE E. YOUSSEF, et al.,**          **MATTER UNDER SUBMISSION**

13              **Defendants.**

14
15
16
17
       In this action for damages, Defendants Ashrafe E. Youssef, et al. have moved to dismiss
18
   the Fourteenth Amendment  claim of  from the Complaint of plaintiff Darnell T. Hines
19
   ("Plaintiff").  The matter was scheduled for oral argument to be held on July 1, 2013.  The Court
20
   has reviewed Defendants' Motion, Plaintiff's opposition, Defendants' reply, the accompanying
21
   documents, and the applicable law, and has determined that the Motion is suitable for decision
22
   without oral argument.  Local Rule 78-230(h).
23
            Therefore, IT IS HEREBY ORDERED that the previously set hearing date of
24
   July 1, 2013, is VACATED, and no party shall appear at that time.  As of July 1, 2013, the Court
25
   will take the matter under submission, and will thereafter issue its decision.
26
   / / /
27
28

1
2
3  IT IS SO ORDERED.
4  Dated:   June 26, 2013
          _____
5                  SENIOR  DISTRICT  JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-