**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARNELL T. HINES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ASHRAFE E. YOUSEFF, et al.,<br><br>　　　　Defendants. | Case No.: 1:13-cv-00357 - AWI - JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS DISMISSING DEFENDANTS LYNN CARMICHAEL AND BARBARA NEWKIRK |

　　Darnell Hines ("Plaintiff") initiated this action against Defendants Ashrafe Youseff, Joshua Garza, Godwin Ugueze, Lynn Carmichael, and Barbara Newkirk on March 12, 2013.  (Doc.1.) Because Plaintiff has failed to prosecute his claims against Lynn Carmichael and Barbara Newkirk, the Magistrate Judge recommended these defendants be dismissed.  (Doc. 29.)

　　The parties were granted fourteen days from the date of service, or until February 14, 2014, to file objections to the Findings and Recommendations.  (Doc. 29 at 3.) In addition, Plaintiff was "advised that failure to file objections within the specified time may waive the right to appeal the District Court's order." (Id. at 4, citing Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991)). However, no objections were filed.  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation are supported by the record and by proper analysis.

///

Accordingly, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations filed January 31, 2014 (Doc. 29) are **ADOPTED IN FULL**;
2. Lynn Carmichael and Barbara Newkirk are **DISMISSED** as defendants; and
3. Plaintiff's claims against Lynn Carmichael and Barbara Newkirk are **DISMISSED WITH PREJUDICE** for Plaintiff's failure to prosecute and failure to comply with the Court's orders.

IT IS SO ORDERED.

Dated:   February 19, 2014

_____
SENIOR DISTRICT JUDGE