# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HINES,<br><br>        Plaintiff,<br><br>    v.<br><br>ASHRAFE E. YOUSSEF,<br><br>        Defendants. | 1: 13-CV-00357-AWI - JLT<br><br>ORDER TO THE LEGAL AFFAIRS DEPARTEMNT OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION TO PROVIDE SERVICE INFORMATION TO THE U.S. MARHSAL SERVICE |

At the scheduling conference, held on February 20, 2014, Plaintiff's counsel reported that the newly added Defendant, M. Aguirre, no long works for the CDCR and, as a result, service efforts have failed. Counsel requested the Court issue an order to the CDCR to produce the address of this defendant to the U.S. Marshal Service so that that agency can affect service. Defendant's counsel confirmed that absent a court order, the CDCR would not provide the address for this defendant. Finally, Plaintiff's counsel agreed that he will complete the necessary paperwork and make the arrangements to obtain the services of the U.S. Marshal for this purpose.

Therefore, good cause appearing, the Court **ORDERS**:

1.  Within 10 days from the date of this order, the Legal Affairs Division of the California Department of Correction and Rehabilitation the Marshal Service is directed to provide to the U.S. Marshal Service the address for Defendant M. Aguirre for the purpose of notifying the defendant of the commencement of this action and to request a waiver of service in accordance with

the provisions of Federal Rule of Civil Procedure 4(d) and 28 U.S.C. § 566(c).  According to the first amended complaint, M. Aguirre was employed at Wasco State Prison and was responsible either for "providing medical and other healthcare related care and treatment," for administering the systems of providing medical care at Wasco State Prison- Reception Center" or for medically classifying "inmates who newly entered the state prison system; part of their function being to recommend assignment and assign inmates to appropriate . . ." prisons with the CDCR.  (Doc. 27 at 2-3).

IT IS SO ORDERED.

Dated:   **February 20, 2014**                          **/s/ Jennifer L. Thurston**
                                                                                 UNITED STATES MAGISTRATE JUDGE